UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 20-00767-FMO (DFM) | Date: | October 9, 2020 |
|---|---|---|---|
| Title | Ben Eilenberg v. The City of Colton et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 4, 2020, Plaintiff filed this civil rights action, naming as defendants the City of Colton, State of California, and San Bernardino County. See Dkt. 18.

After more than four months, there is no record that Plaintiffs have properly served the County of San Bernardino. Rule 4(m) of the Federal Rules of Civil Procedure requires that a complaint be served within 90 days of filing. Rule 4(m) also allows for the time for service to be extended upon either a showing of good cause for the defective service or, if there is no good cause, the court has discretion to dismiss without prejudice or extend the time period. See Fed. R. Civ. P. 4(m).

**Accordingly, within twenty-eight (28) days of the date of this order, Plaintiffs are ORDERED to either: (a) show good cause in writing why they have not served the First Amended Complaint; or (b) serve and file the Complaint in compliance with the Federal Rules of Civil Procedure. Plaintiffs are expressly forewarned that failure to comply will result in a recommendation of dismissal of the claims against San Bernardino County without prejudice.**