# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BEN EILENBERG,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COLTON, et al.,<br><br>Defendants. | No. SA CV 20-00767-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Defendant City of Colton's Motion for Judgment on the Pleadings is GRANTED, Plaintiff's claims against the City of Colton are DISMISSED WITH PREJUDICE, and that Judgment be entered closing this case.

Date: 4/8/2021

　　　　　　　　　　　　　　　　　　　　　／s/＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　United States District Judge