JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BEN EILENBERG, | No. SA CV 20-00767-FMO (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF COLTON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: 4/8/2021

/s/
FERNANDO M. OLGUIN
United States District Judge